IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER BETTENCOURT,

      Petitioner,                      No. CIV S-07-2246 FCD DAD P

      vs.

MIKE KNOWLES, Warden,

      Respondent.                  <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On May 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed May 22, 2008, are adopted in full;

2. Respondent's January 2, 2008 motion to dismiss is denied; and

3. Respondent is directed to file a response to petitioner's November 15, 2007 amended habeas petition within forty-five days from the date of this order and petitioner is ordered to file a traverse, if any, within thirty days after service of that response.

DATED: August 26, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE