1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROGER BETTENCOURT,

11              Petitioner,                No. CIV S-07-2246 FCD DAD P

12        vs.

13   MIKE KNOWLES, Warden,

14              Respondent.              <u>ORDER</u>
     _____/

15

16         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On February 2, 2010, the Court issued an Order that

18   denied the petition for writ of habeas corpus on the merits.  Petitioner filed a notice of appeal on

19   March 4, 2010.  This Court did not grant or deny a certificate of appealability, because prisoners

20   challenging parole decisions via habeas corpus were not required at that time to obtain said

21   certificates pursuant to governing circuit court precedent.  <u>See</u> <u>White v. Lambert</u>, 370 F.3d 1002,

22   1004 (9th Cir. 2004); <u>Rosas v. Nielsen</u>, 428 F.3d 1229, 1231-32 (9th Cir. 2005).

23         On April 22, 2010, the Ninth Circuit issued its decision in <u>Hayward v. Marshall</u>,

24   No. 06-55392, 2010 WL 1664977 (9th Cir. Apr.22, 2010) (en banc).  In <u>Hayward</u>, the Ninth

25   Circuit overruled <u>White</u> and <u>Rosas</u> and held, inter alia, that prisoners are required to obtain a

26   certificate of appealability to review the denial of a habeas petition challenging an administrative

1  decision such as the denial of parole by the parole board.  Id. at *5.  Pursuant to its en banc

2  decision in Hayward, on May 20, 2010, the Ninth Circuit remanded this case for the limited

3  purpose of granting or denying a certificate of appealability.

4         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

5  applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

6  § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

7  satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

8         "The standard for a certificate of appealability is lenient."  Hayward, 2010 WL

9  1664977, at *4.   A petitioner need only "show that reasonable jurists could debate the district

10 court's resolution or that the issues are adequate to deserve encouragement to proceed further."

11 Id. (internal quotations omitted).  See also  Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003);

12 Barefoot v. Estelle, 463 U.S. 880, 893 (1983); Jennings v. Woodford, 290 F.3d 1006, 1010 (9th

13 Cir. 2002).[1]

14        Here, petitioner has made a substantial showing of the denial of a constitutional

15 right in the following issue presented in the instant petition:  whether the failure of the California

16 Board of Prison Terms to find petitioner suitable for parole at a hearing on December 27, 2005

17 violated his right to due process.

18        Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

19 issued in the present action.

20 DATED: June 4,2010.

21

22                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE
23

24 _____

25       [1]  Except for the requirement that appealable issues be specifically identified, the
   standard for issuance of a certificate of appealability is the same as the standard that applied to
26 issuance of a certificate of probable cause.  Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir.
   2002) .